ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CYNTHIA GOODWYN,

              Plaintiff,

v.

ALBERTSON'S LLC doing business as
ALBERTSONS; REDDY ICE CORPORATION,
a domestic corporation; JEROME PEPMULLER,
an individual; DOES I-XV, inclusive; and ROE
CORPORATIONS I-X, inclusive,
              Defendants.

Case No. 2:18-cv-01754-GMN-GWF

**STIPULATION AND PROPOSED ORDER
TO CONTINUE HEARING ON MOTION
TO AMEND COMPLAINT**

Plaintiff CYNTHIA GOODWYN (hereinafter "Plaintiff") and Defendant ALBERTSON'S LLC (collectively "Defendant"), by and through their respective counsel of record, do hereby stipulate to continue the hearing currently scheduled for January 29, 2019 at 2:30 p.m. to February 8, 2019, at 2:30 p.m.

**SGRO & ROGER**

/s/ Anthony P. Sgro, Esq.
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
720 S. 7TH Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

**MORAN BRANDON BENDAVID MORAN**

/s/ Andrew Guzik, Esq.
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
ANDREW GUZIK, ESQ.
Nevada Bar No.12758
630 S. 4th Street
Las Vegas, NV 89101
*Attorneys for Defendants Albertsons*

**IT IS SO ORDERED**

_George Foley Jr._

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___ 01-28-2019 _____

Respectfully Submitted:
**SGRO & ROGER**


/s/ Anthony P. Sgro, Esq.
ANTHONY P. SGRO, ESQ
Nevada Bar No. 3811
720 S. 7TH Street
Las Vegas, NV 89101
_Attorneys for Plaintiff_