**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 - *facsimile*
*l.brandon@bsnv.law*
Attorneys for Defendant,
ALBERTSONS, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA GOODWYN,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC doing business as ALBERTSONS; DOES I-XV, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01754-JAD-EJY |

## NOTICE TO TERMINATE AND REMOVE ATTORNEYS LEW BRANDON, JR., ESQ. AND ANDREW GUZIK, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET, AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that the undersigned hereby requests that attorneys Lew Brandon, Jr. Esq. and Andrew Guzik, Esq. of BRANDON | SMERBER Law Firm be terminated from this case and removed from the Court's docket and CM/ECF service list as Messrs. Brandon and Guzik, and BRANDON | SMERBER Law Firm, no longer represent Defendant ALBERTSONS, LLC in the above-entitled action.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

PLEASE TAKE FURTHER NOTICE that Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN has substituted as Defendant ALBERTSONS, LLC attorney of record in place and stead of Lew Brandon, Jr. Esq. and Andrew Guzik, Esq. of BRANDON | SMERBER Law Firm.

DATED this 16th day of January, 2020.

BRANDON | SMERBER LAW FIRM

/s/ Lew Brandon, Jr.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
139 E. Warm Springs
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2020