1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Xiao Wen Jin, Esq.
   Nevada State Bar No. 13901
3  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   T: (702) 872-5555
5  F: (702) 872-5545
   jburden@backuslaw.com
6  shirleyjin@backuslaw.com
   Attorneys for Defendant *Albertson's LLC*

7

## UNITED STATES DISTRICT COURT
8  ## DISTRICT OF NEVADA

9  CYNTHIA GOODWYN,                        | **Case No. 2:18-cv-01754-JAD-EJY**

10                  Plaintiff,

11      vs.                                 | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SEVENTH REQUEST)**

12  ALBERTSON'S LLC,

13

                    Defendant.

14

15      In accordance with Local Rules of Practice for the United States District Court for the

16  District of Nevada ("LR") 26-4, Defendant Albertson's LLC ("Defendant"), by and through its

17  counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, and Plaintiff Cynthia

18  Goodwyn ("Plaintiff"), by and through her counsel of record, the law firm of SGRO & ROGER,

19  hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60)

20  days.  The parties propose the following revised discovery plan:

21                      **DISCOVERY COMPLETED TO DATE**

22      The parties have exchanged initial and supplemental disclosures of documents and the

23  names of individuals with knowledge of the facts pertaining to the claims set forth in this matter.

24  The parties have propounded and responded to written discovery requests including

25  interrogatories and requests for production.  Defendant has subpoenaed Plaintiff's medical

1

1   records and taken Plaintiff's deposition.  Plaintiff has taken the deposition of Defendant's FRCP

2   30(b)(6) witness.  The parties have made initial and rebuttal expert disclosures.

### DISCOVERY TO BE COMPLETED

4   The parties intend to take the deposition of experts, Plaintiff's treating physicians and other

5   percipient witnesses.

### REASONS FOR EXTENSION TO COMPETE DISCOVERY

7   Given the current health emergency occasioned by the outbreak of the novel coronavirus

8   (COVID-19) and the corresponding Stay-At-Home Order, the Parties have postponed depositions

9   due to the difficulty in preparing and defending witnesses remotely.  Further, following Governor

10  Sisolak's directive to combat the spread of COVID-19, law firms for the Parties have been closed to

11  the public and counsel have been working remotely with limited staff and resources which

12  significantly impacted the Parties' ability to conduct discovery and meet the applicable deadlines.

13  The parties therefore request for a 60-day extension of the remaining discovery deadlines in light of

14  the COVID-19 pandemic.  This request is made in good faith, not for the purpose of delay.

### PROPOSED NEW DISCOVERY DEADLINES

16  **Initial Expert Disclosure:**

17         Currently:     January 6, 2020
           **Proposed:     N/A**

18  **Interim Status Report:**

19         Currently:     January 6, 2020
           **Proposed:     N/A**
20

21  **Rebuttal Expert Disclosure:**

           Currently:     February 5, 2020
22         **Proposed:     N/A**

23  **Discovery Cutoff:**

           Currently:     June 4, 2020
24         **Proposed:     August 3, 2020**

25  / / /

2

**Dispositive Motions:**

        Currently:    July 7, 2020

        **Proposed:**    **September 4, 2020**

**Pretrial Order:**

        Currently:    August 6, 2020, or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)

        **Proposed:**    **October 5, 2020, or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5)**

DATED: this 16th day of April, 2020.      DATED: this 16th day of April, 2020.

**SGRO & ROGER**                  **BACKUS, CARRANZA & BURDEN**

By:  /s/ Jennifer Arledge           By:  /s/ Jack P. Burden
Anthony P. Sgro, Esq.               Jack P. Burden, Esq.
Nevada Bar No. 3811                Nevada Bar No. 6918
Jennifer Arledge, Esq.              Xiao Wen Jin, Esq.
Nevada Bar No. 8729                Nevada Bar No. 13901
720 S. Seventh Street, Third Floor    3050 South Durango Drive
Las Vegas, NV 89101               Las Vegas, NV 89117
*Attorneys for Plaintiff*              *Attorneys for Defendant*
*Cynthia Goodwyn*                 *Albertson's LLC*

## ORDER

IT IS SO ORDERED.

DATED:  April 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE