1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Xiao Wen Jin, Esq.
   Nevada State Bar No. 13901
3  **BACKUS, CARRANZA & BURDEN**
   3050 South Durango Drive
4  Las Vegas, NV 89117
   T: (702) 872-5555
5  F: (702) 872-5545
   jburden@backuslaw.com
6  shirleyjin@backuslaw.com
   Attorneys for Defendant *Albertson's LLC*

7

                    **UNITED STATES DISTRICT COURT**
8                     **DISTRICT OF NEVADA**

9  CYNTHIA GOODWYN,                    | **Case No. 2:18-cv-01754-JAD-EJY**

10             Plaintiff,

11     vs.                             | **STIPULATION AND ORDER TO
                                         EXTEND DISCOVERY DEADLINES
12  ALBERTSON'S LLC,                     (EIGHTH REQUEST)**

13             Defendant.

14

15         In accordance with Local Rules of Practice for the United States District Court for the

16  District of Nevada ("LR") 26-4, Defendant Albertson's LLC ("Defendant"), by and through its

17  counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, and Plaintiff Cynthia

18  Goodwyn ("Plaintiff"), by and through her counsel of record, the law firm of SGRO & ROGER,

19  hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60)

20  days.  The parties propose the following revised discovery plan:

                        **DISCOVERY COMPLETED TO DATE**
21

22         The parties have exchanged initial and supplemental disclosures of documents and the

23  names of individuals with knowledge of the facts pertaining to the claims set forth in this matter.

24  The parties have propounded and responded to written discovery requests including

25  interrogatories and requests for production.  Defendant has subpoenaed Plaintiff's medical

                                        1

1    records and taken Plaintiff's deposition.  Plaintiff has taken the deposition of Defendant's FRCP

2    30(b)(6) witness.  The parties have made initial and rebuttal expert disclosures.

### DISCOVERY TO BE COMPLETED

3

4        The parties intend to take the deposition of experts, Plaintiff's treating physicians and other

5    percipient witnesses.

### REASONS FOR EXTENSION TO COMPETE DISCOVERY

6

7        With Nevada now starting to loosen some of its Stay-At-Home restrictions, there has

8    been an uptick in COVID-19 cases.  On June 15, 2020, Governor Sisolak held a news conference

9    where he announced that Nevada is "not ready to enter Phase 3 of reopening" due to the rising

10   number of COVID-19 cases.[1]  Thus, to combat the spread of COVID-19, counsel for the parties

11   continue to practice social distancing to the extent possible which has and continues to

12   significantly impact their ability to conduct discovery and meet the applicable deadlines.   The

13   parties however realize that expert depositions must go forward and will do so via Zoom

14   technology.   Moreover, the parties intend to participate in mediation and will briefly limit some

15   discovery to avoid incurring additional fees and costs in the event that the mediation is successful.

16   The parties therefore request for a 60-day extension of the remaining discovery deadlines.  This

17   request is made in good faith, not for the purpose of delay.

### PROPOSED NEW DISCOVERY DEADLINES

18

19   **Discovery Cutoff:**

20           Currently:        August 3, 2020

21           **Proposed:        October 2, 2020**

22

23

24

25

---

[1] The parties request that the Court take judicial notice of the news article by KTNV Las Vegas reporting that Governor Sisolak stated at a press conference on June 15, 2020 that "we are not ready to enter Phase 3 of reopening" and that "the number of new COVI-19 cases is in the middle of a 3-week upward trend." *See Lyon v. Gila River Indian Cmty*., 626 F.3d 1059, 1075 (9th Cir. 2010) (internal quotation marks and citations omitted) (Courts may take judicial notice of facts whose existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned).  A copy of the article is attached here to as **Exhibit A**.

**Dispositive Motions:**

    Currently:   September 4, 2020

    **Proposed:**   **November 3, 2020**

**Pretrial Order:**

    Currently:   October 5, 2020, or 30 days after resolution of dispositive motions

    per Local Rule 26-1(b)(5)

    **Proposed:**   **December 4, 2020, or 30 days after resolution of dispositive**

    **motions per Local Rule 26-1(b)(5)**

DATED: this 13th day of July, 2020.    DATED: this 13th day of July, 2020.

**SGRO & ROGER**    **BACKUS, CARRANZA & BURDEN**

By: /s/ Jennifer Arledge    By: /s/ Jack P. Burden
Anthony P. Sgro, Esq.    Jack P. Burden, Esq.
Nevada Bar No. 3811    Nevada Bar No. 6918
Jennifer Arledge, Esq.    Xiao Wen Jin, Esq.
Nevada Bar No. 8729    Nevada Bar No. 13901
720 S. Seventh Street, Third Floor    3050 South Durango Drive
Las Vegas, NV 89101    Las Vegas, NV 89117
*Attorneys for Plaintiff*    *Attorneys for Defendant*
*Cynthia Goodwyn*    *Albertson's LLC*

## ORDER

    Before the Court is the Stipulation and Order to Extend Discovery Deadlines (ECF No. 48). The Court grants the parties' stipulation; provided, however, the Court advises that depositions, to the extent possible should be taken by videoconference and, as such, no further extensions of time will be granted absent demonstration of efforts to complete specific discovery and explanation of why such discovery could not be completed.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  July 14, 2020

3