Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA GOODWYN,<br><br>   Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC,<br><br>   Defendant. | Case No. 2:18-cv-01754-JAD-EJY<br><br>**STIPULATION AND ORDER<br>FOR EXEMPTION<br>OF PERSONAL APPEARANCE** |

Pursuant to the Order Setting Settlement Conference of April 23, 2021 [Doc. 67] ordering personal attendance, the parties hereby stipulate that Albertson's LLC's Claim adjuster, be exempted from personal attendance due to health issues and will be attending the Settlement Conference on Thursday, July 1, 2021 telephonically or via electronic format such as Zoom.

DATED: this 22nd day of June, 2021          DATED: this 22nd day of June, 2021.

**SGRO & ROGER**                                  **BACKUS, CARRANZA & BURDEN**

By: /s/ Jennifer Arledge                          By: /s/ Jack P. Burden
Anthony P. Sgro, Esq.                             Jack P. Burden, Esq.
Nevada Bar No. 3811                               Nevada Bar No. 6918
Jennifer Arledge, Esq.                            Jacquelyn Franco, Esq.
Nevada Bar No. 8729                               Nevada Bar No. 13901
720 S. Seventh Street, Third Floor                3050 South Durango Drive
Las Vegas, NV 89101                               Las Vegas, NV 89117
*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Cynthia Goodwyn*                                 *Albertson's LLC*

1

Case No. 2:18-cv-01754-JAD-EJY
**Stipulation and Order for Exemption of Personal Apperance**

### ORDER

IT IS HEREBY ORDERED that the settlement conference **set for Thursday, July 1, 2021**, shall be in person with the exception of Albertson's Claims Adjuster who may appear via the Zoom video conference platform. Albertson's counsel **shall** bring with them to the settlement conference a laptop or tablet through which such counsel is able to connect with the Claims Adjuster by Zoom.

IT IS FURTHER ORDERED that persons granted with remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary to the Court.

IT IS SO ORDERED.

DATED: June 22, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2