ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
SGRO & ROGER
720 South 7th Street, Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 384-9800
Facsimile No.: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cynthia Goodwyn, | Case No.: 2:18-cv-01754-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| vs. | |
| ALBERTSON'S LLC doing business as ALBERTSONS; DOES I-XV, inclusive; and ROE CORPORATIONS I-X, inclusive, | ECF No. 72 |
| Defendant. | |

COME NOW, Plaintiff CYNTHIA GOODWYN, by and through her attorneys of record, JENNIFER WILLIS ARLEDGE, ESQ., of the law firm of SGRO & ROGER, and JACK P. BURDEN, ESQ., of the law firm of BACKUS, CARRANZA & BURDEN and

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

hereby stipulate and agree that the time for the parties to submit the joint pretrial order shall be

extended seven (7) days, from July 12, 2021 until July 19, 2021.

IT IS SO STIPULATED.

Dated this 12th of July, 2021.                    Dated this 12th of July, 2021.

BACKUS, CARRANZA & BURDEN            SGRO & ROGER


*/s/ Jack P Burden*                                    */s/ Jennifer W. Arledge*
Jack P. Burden, Esq.                              Jennifer Willis Arledge, Esq.
Nevada Bar No                                    Nevada Bar No. 8729
3050 S. Durango                                  720 S. 7th Street, 7th Floor
Las Vegas, Nevada  89117                         Las Vegas, Nevada 89101
*Attorneys for Defendant,*                         Attorneys for Plaintiff Cynthia Goodwyn
*ALBERTSONS, LLC*



**ORDER**

IT IS SO ORDERED.


DATED: ___7-12-21___                    _____
                                        U. S. DISTRICT COURT JUDGE