ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
SGRO & ROGER
720 South 7th Street, Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 384-9800
Facsimile No.: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Goodwyn,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC doing business as ALBERTSONS; DOES I-XV, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01754-JAD-EJY<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>ECF No. 74 |

COME NOW, Plaintiff CYNTHIA GOODWYN, by and through her attorneys of record, JENNIFER WILLIS ARLEDGE, ESQ., of the law firm of SGRO & ROGER, and JACK P. BURDEN, ESQ., of the law firm of BACKUS, CARRANZA & BURDEN and

/ / /
/ / /
/ / /
/ / /
/ / /

hereby stipulate and agree that the time for the parties to submit the joint pretrial order shall be extended an additional two (2) days, from July 19, 2021 until July 21, 2021. The reason for this additional continuance is that counsel for the parties continue to prepare and revise the joint pretrial order so that it is as accurate and complete as possible.

     IT IS SO STIPULATED.

Dated this 19th of July, 2021.          Dated this 19th of July, 2021.

BACKUS, CARRANZA & BURDEN     SGRO & ROGER

*/s/ Jack P. Burden*                  */s/ Jennifer W. Arledge*
Jack P. Burden, Esq.               Jennifer Willis Arledge, Esq.
Nevada Bar No                      Nevada Bar No. 8729
3050 S. Durango                   720 S. 7th Street, 7th Floor
Las Vegas, Nevada 89117         Las Vegas, Nevada 89101
*Attorneys for Defendant,*           Attorneys for Plaintiff Cynthia Goodwyn
*ALBERTSONS, LLC*

## ORDER

     IT IS SO ORDERED.

DATED: 7/21/21, nunc pro
     tunc to 7/19/21                U. S. DISTRICT COURT JUDGE